74 F.3d 1226
 Robert A. Friedland
v.
Albert Van Lieu, William Fauver, Scott Eric Kaplan, Patrick
McManiman, Robert Del Tufo, J. Charles A. Delehey, Kenneth
Stiehls, Manager, Gloria Nilson, Realtors, David Moore,
Agent, Gloria Nilson Realtors, Howard Barman, Lee
Breslerman, John Furlong, Trenton Times Newspaper,
Trentonian Newspaper, Michael Booth, Reporter, Trenton
Times, Lisa Fortunator, Reporter, Trentonian, Lisa
Fortunator, Reporter, Trentonian, Ann Fahey, Reporter,
Trentonian, John Doe
 NO. 95-5179
 United States Court of Appeals,
Third Circuit.
 Dec 07, 1995
 
 Appeal From: D.N.J., No. 93-cv-04256,
 Thompson, J.
 
 
 1
 AFFIRMED.